No. 76–492. EXON, GOVERNOR OF NEBRASKA, ET AL. *v.* McCARTHY ET AL. Affirmed on appeal from D. C. Neb.

No. 76–401. CITY OF LAWRENCE *v.* CITY OF INDIANAPOLIS ET AL. Appeal from Ct. App. Ind. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5240. MOSER *v.* OREGON. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5514. RAITPORT *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.